JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE AMADOR JACOBO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GERALD MORITA d/b/a ALS WESTSIDE ARCO #1; and DOES 1 through 10 inclusive,<br><br>　　　　Defendants. | Case No. CV 17-5348-GW(JPRx)<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION**<br><br>Complaint Filed: July 20, 2017 |

1 | Based on the stipulation of the parties and for good cause shown:
2 | IT IS HEREBY ORDERED that the entire action be dismissed with prejudice,
3 | both sides to bear their own fees and costs.
4 |
5 | SO ORDERED.
6 |
7 | DATED: March 20, 2018 _____
8 | GEORGE H. WU, U.S. District Judge